UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61850-CIV-DIMITROULEAS

LIVAN ALFONSO,

    Plaintiff,

v.

BRYAN DAVID BOOTH and
D&D SERVICES, LLC,

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the August 8, 2023 Report and Recommendation of Magistrate Judge Augustin-Birch (the "Report") [DE 29]. The Court notes that no objections to the Report [DE 29] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 29] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 29] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 29] is hereby **ADOPTED** and **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions; and

4. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 23rd day of August, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Livan Alfonso
11015 Southwest 7th Street
Miami, FL 33174